UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  
   JOHN JOSEPH HETHERINGTON

CASE NO. 07 B 09572

CHAPTER 13

JUDGE: JOHN H SQUIRES

      Debtor  
SSN XXX-XX-8452

---

TRUSTEE'S FINAL REPORT AND ACCOUNT

---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the adminstration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/25/07 .

2. The case was converted to Chapter 7 without confirmation, 07/05/2007.

3. The Debtor paid a total of $   295.00 .

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE CORP | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| IRWIN HOME EQUITY | SECURED | .00 | .00 | .00 |
| IRWIN HOME EQUITY | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| MEINEKE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| US BANK | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL RE | SECURED | .00 | .00 | 287.33 |

Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 287.33 | .00 | .00 | .00 | 287.33 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 287.33 | .00 | .00 | .00 | 287.33 |

The Debtor's attorney, R DANIEL LYONS & ASSOC    , was allowed $     .00 and was paid $      .00 .

The Trustee received $     7.67 .

Refunds to the Debtor totaled $      .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 10/16/07                         /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
        CASE NO. 07 B 09572 JOHN JOSEPH HETHERINGTON
```